IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR312 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL T. SCOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

It appears that further investigation into the medical status of the defendant is warranted. Therefore,

IT IS ORDERED that:

1. USPO Brandon T. Maxson shall prepare and submit to the undersigned and counsel an addendum to the presentence report that addresses the defendant's present medical condition including the need for further treatment and surgery. The addendum shall be submitted in writing and provided to the undersigned and counsel no later than the close of business on Monday, December 30, 2013. The defendant is ordered to fully cooperate with the probation officer and make every reasonable effort to assist the probation officer in gathering the relevant information.

2. On Tuesday, December 31, 2013 at noon, I will hold a telephone conference with counsel and the probation officer to discuss the status of this matter. My judicial assistant will arrange the telephone conference.

3. Sentencing in this matter is continued until further order.

DATED this 25th day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge