IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR312 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| MICHAEL T. SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

After review of the second addendum to the presentence investigation report and consultation with counsel and the probation officer by telephone on January 14, 2014,

IT IS ORDERED that:

(1) A telephone status conference call will be held on March 19, 2014, at 8:30 a.m. My judicial assistant will arrange that call.

(2) Immediately prior to the status conference, the probation officer shall submit an email report indicating the defendant's status following his abdominal surgery and the defendant's status regarding his cardiac difficulties.

Dated January 14, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge